THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* OSCAR FRAZIER, Appellant.

(Argued March 2, 1920; decided March 16, 1920.)

APPEAL from a judgment of the Supreme Court rendered July 31, 1919, at a Trial Term for the county of

Dutchess, upon a verdict convicting the defendant of the crime of murder in the first degree.

*John F. Ringwood* for appellant.

*Raymond E. Aldrich, District Attorney (Edward K. Haas* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ELKUS, JJ.